UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DUSTIN WILLIAM TOMASZYCKI,

    Plaintiff,

v.

UNKNOWN AVILA et al.,

    Defendants.
_____/

Case No. 1:18-cv-481

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), because his complaint is barred by the doctrine of *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).


Dated: May 22, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge